United States Courts
Southern District of Texas
F I L E D

JUL 31 2019

David J. Bradley, Clerk of Court

Terri Jenkins
11939 Canyon Valley Drive
Tomball, TX 77377

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

In re:

    Terri Jenkins,       Case No.: 19-33769
                                  Chapter: 13

    Debtor.

---

### DEBTOR'S VERIFIED APPLICATION FOR 14 DAY ENLARGEMENT OF TIME TO FILE PLAN, SCHEDULES AND OTHER DOCUMENTS

---

I, Terri Jenkins, hereby declare:

1. Debtor moves for additional time of 14 days to file a plan, remaining schedules and other required documents.

2. Such documents are currently due July 30, 2019.

3. Debtor has already filed three of the schedules (106G, 106H and 106Dec).

4. This is the Debtor's second request for more time.

5. The basis for the request is: Debtor is not an attorney and needs more time to figure out how to fill out the 45 pages of schedules.

6. Debtor requests 14 days up to and including August 13, 2019.

7. This motion is made in good faith and not for the purpose of delay.

8. Additionally, Debtor will be attempting to locate a bankruptcy attorney to assist with said documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                Respectfully submitted,

Dated: July 26, 2019         */s/ Terri Jenkins*
                                        Terri Jenkins, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the date last written below I served the foregoing document on the following by depositing it in the U. S. Mail, first class postage prepaid addressed, as follows:

US Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Chapter 13 Trustee
Cindy Boudloche
555 N. Carancahua, Suite 600
Corpus Christi, Texas 78401

Dated: July 26, 2019         _____
                              Terri Jenkins