

ENTERED
08/05/2019

**17IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 19-33769** |
| **TERRI JENKINS** | § | **CHAPTER 13** |
| | § | |
| Debtor(s). | § | **DAVID R. JONES** |

**ORDER**
**(Docket No. 17)**

1. The deadline to file all the documents required by 11 U.S.C. § 521 is extended to August 14, 2019.

**SIGNED: August 5, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**