# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas

*United States Courts*
*Southern District of Texas*
*F I L E D*

**OCT 07 2019**

*David J. Bradley, Clerk of Court*

In re:  Terri Jenkins

Case Number 4:2019-bk-33769

)
)
)
)
)
)

Debtor(s)

## MOTION FOR RELIEF FROM JUDGMENT/ORDER
## PURSUANT TO FED.R.BANKR.P. 9024

Comes now _____ Terri Jenkins _____ and request(s) relief
*(Name of party requesting relief, by counsel if applicable)*

from the _____ [23] Order Dismissing Debtor _____ dated 8/20/2019
*(Name of or description of judgment/order)*                    *(date of order)*

and in support of this motion, state(s):


Was unable to proceed with the case timely because of illness. _____
_____
_____
_____
_____
_____


WHEREFORE, _____ Terri Jenkins _____ ask(s) the Court to grant this
*(Name of party requesting relief)*

motion and for all other proper relief.


_____
*Signature of filing party*


_____
*Signature of joint filing party (as applicable)*


OR

/s/   _____

*Counsel for Moving Party*

Address:   11939 Canyon Valley Dr.
           Tomball, TX 77377
           _____

Area code and phone: _____
E-mail address: _____

## CERTIFICATE OF SERVICE

By signing below I understand that a copy of this document will be sent to the United States Trustee and the case trustee through the Court's Electronic Case Filing system. I further certify the foregoing was served on ___10/4/2019___ on the following by the method indicated below.

<span style="text-align:center">(date)</span>

| **Name of Party/Parties** | **Address** (list full address, room/suite numbers, zip codes, etc.) | **Method of Service** (see Note re: Rule 7004) |
|---|---|---|
| William E. Heitkamp | Office of Chapter 13 Trustee<br>9821 Katy Freeway<br>Ste 590<br>Houston, TX 77024 | ☐ Certified Mail<br>☒ Regular Mail<br>☐ Hand Delivery<br>☐ Other: _____ |
| US Trustee | Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002 | ☐ Certified Mail<br>☒ Regular Mail<br>☐ Hand Delivery<br>☐ Other: _____ |
| | | ☐ Certified Mail<br>☒ Regular Mail<br>☐ Hand Delivery<br>☐ Other: _____ |
| | | ☐ Certified Mail<br>☒ Regular Mail<br>☐ Hand Delivery<br>☐ Other: _____ |

(List additional addresses on a separate sheet and attach.)

Date: ___10/4/2019___

_Teri Jenkin_

*Signature of filing party*

_____

*Signature of joint filing party (as applicable)*

**OR**

/s/ _____

*Counsel for Moving Party*

**Note: Service must comply with Federal Rule of Bankruptcy Procedure 7004**

BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

CARRINGTON MORTGAGE SERVICES LLC
1600 SOUTH DOUGLASS ROAD
SUITE 200-A
ANAHEIM CA 92806

CARRINGTON MORTGAGE SERVICES LLC
C CHARLES TOWNSEND
AKERMANLLP
2001 ROSS AVENUE SUITE 3600
DALLAS TX 75201

CARRINGTON MORTGAGE SERVICES LLC
WALTER MCINNIS
AKERMAN LLP
200 I ROSS A VENUE SUITE 3600
DALLAS TX 75201

CARRINGTON MORTGAGE SERVICES LLC
MONICA SUMMERS
AKERMAN LLP
112 E PECAN STREET SUITE 2750
SAN ANTONIO TX 78205

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716

INTERNAL REVENUE SERVICE
P O Box 7346
Philadelphia PA 19101-7346

Page 1 of 3

JC PENNEY
PO BOX 960090
ORLANDO FLORIDA 32896

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERCURY CARD SERVICES
POBOX84064
COLUMBUS GA 31908

NA THAN SANCHEZ
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

NATHAN SANCHEZ
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

REX KESLER
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

REX KESLER
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

SHA WNIKA HARRIS
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

SHA WNIKA HARRIS
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

TARGET CARD SERVICES
P.O. BOX 660170
DALLAS TX 75266-0170

THE BANK OF NEW YORK MELLON AS TRUSTEE
MONICA SUMMERS
AKERMAN LLP
112 E PECAN STREET SUITE 2750
SAN ANTON IO TX 78205

THE BANK OF NEW YORK MELLON AS TRUSTEE
WALTER MCINNIS
AKERMAN LLP
2001 ROSS AVENUE SUITE 3600
DALLAS TX 75201

THOMAS REDER
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

THOMAS REDER
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001