

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/21/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 19-33769 |
| TERRI JENKINS | § | CHAPTER 13 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

**ORDER**
**(Docket No. 25)**

The Motion for Relief from Judgment/Order pursuant to FED. R. BANKR. P. 9024 is DENIED. The motion is not timely nor has any corrective measure been taken.

**SIGNED: October 21, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**