Orginal

Terri Jenkins
11939 Canyon Valley Drive
Tomball, TX 77377

United States Courts
Southern District of Texas
FILED

DEC 09 2019

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In re:
    Terri Jenkins,　　　　　　　　Case No.: 19–33769
　　　　　　　　　　　　　　　　　　　　　Chapter: 13
    Debtor.

---

## DESIGNATION OF THE RECORD

---

I, Terri Jenkins, hereby designate the record in its entirety.

                        Respectfully submitted,

Dated:  December 6, 2019　　　　　　_/s/ Terri Jenkins_
　　　　　　　　　　　　　　　　　　Terri Jenkins, Debtor

1

DESIGNATION OF THE RECORD

CERTIFICATE OF SERVICE

     I hereby certify that on the date last written below I served the foregoing document on the following by depositing it in the U. S. Mail, first class postage prepaid addressed, as follows:

Hon. David R. Jones
515 Rusk Street
Houston, TX 77002

William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway, Ste 590
Houston, TX   77024

BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001
US Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083
CARRINGTON MORTGAGE SERVICES LLC
1600 SOUTH DOUGLASS ROAD
SUITE 200-A
ANAHEIM CA 92806

CARRINGTON MORTGAGE SERVICES LLC
C CHARLES TOWNSEND
AKERMAN LLP
2001 ROSS AVENUE SUITE 3600
DALLAS TX 75201

CARRINGTON MORTGAGE SERVICES LLC
WALTER MCINNIS
AKERMAN LLP
2001 ROSS AVENUE SUITE 3600

2

DESIGNATION OF THE RECORD

DALLAS TX 75201

CARRINGTON MORTGAGE SERVICES LLC
MONICA SUMMERS
AKERMAN LLP
112 E PECAN STREET SUITE 2750
SAN ANTONIO TX 78205

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716

INTERNAL REVENUE SERVICE
P O Box 7346
Philadelphia PA 19101-7346

JC PENNEY
PO BOX 960090
ORLANDO FLORIDA 32896

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


MERCURY CARD SERVICES
PO BOX 84064
COLUMBUS GA 31908

NATHAN SANCHEZ
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

NATHAN SANCHEZ
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

REX KESLER
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

REX KESLER

3

DESIGNATION OF THE RECORD

BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

SHAWNIKA HARRIS
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

SHAWNIKA HARRIS
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

TARGET CARD SERVICES
P.O. BOX 660170
DALLAS TX 75266-0170

THE BANK OF NEW YORK MELLON AS TRUSTEE
MONICA SUMMERS
AKERMAN LLP
112 E PECAN STREET SUITE 2750
SAN ANTONIO TX 78205

THE BANK OF NEW YORK MELLON AS TRUSTEE
WALTER MCINNIS
AKERMAN LLP
2001 ROSS AVENUE SUITE 3600
DALLAS TX 75201

THOMAS REDER
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001

Dated: December 6, 2019                    Terri Jenkins

DESIGNATION OF THE RECORD